3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
## GROUP A
Attendance Sheet - Status Conference 8/16/2018

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 1 | Sadid Medina-Rivera | Rachel Brill — Substituted by Laura Maldonado and Amy Jacks<br><br>Chris Adams — |
| 3 | Yamil Vazquez-Rivera | |
| 8 | ~~Jonathan Milan-Rodriguez~~<br>Luis Ayala-Garcia | Jose Aguayo [signature]<br><br>Gary Proctor ~~(excused)~~ [signature] |
| 12 | Giovanni Ortiz-Soto | Julio Gil [signature]<br><br>Jack Martin ~~(excused)~~ [signature] |
| 13 | Richard A. Franco-Perez | Richard Dansoh<br><br>Steven H. Malone |
| 14 | Wilfredo Rojas-Suarez | Humberto Guzman [signature]<br><br>Hector Flores [signature] |
| 23 | George M. Franco-Perez | Manuel San Juan (excused)<br><br>Terry Lenamon (excused) |

| 24 | Nelson Rivera-Maldonado | Laura Maldonado *[signed]* |
| --- | --- | --- |
|  |  | Amy Jacks *[signed]* |
| 29 | Angel R. Cruz-Vazquez | **Thomas Lincoln** *[signed]* |
|  |  | **Maria Dominguez** *[signed]* |
| 31 | Miguel A. Martinez-Candelaria | **Francisco Rebollo** *[signed]* |
|  |  | **John Kiyonaga** |
| 46 | Abimael Narvaez-Rosa | **Lydia Lizarribar** – Substituted by Laura Maldonado and Amy Jacks. |
|  |  | **Kelley Sharkey** |
| 54 | Nelson Gonzalez-Gonzalez | Victor Chico *[signed]* |
|  |  | David Stern – Substituted by Victor M. Chico Luna |
| 87 | Juan E. Rivera-Serrano | **Anita Hill** *[signed]* |
|  |  | **Jay McCamic** *[signed]* |