**3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al**
**GROUP A**
**Attendance Sheet - Status Conference 10/12/2018**

| Dft. | Defendant | SIGNATURE |
|------|-----------|-----------|
| 1 | Sadid Medina-Rivera | **Rachel Brill** |
| 3 | Yamil Vazquez-Rivera | **David W. Roman** |
| 8 | Luis G. Ayala-Garcia | **Jose Aguayo** |
| 12 | Giovanni Ortiz-Soto | **Julio Gil** |
| 13 | Richard A. Franco-Perez | **Richard Dansoh** _Substituted by Jose R. Aguayo_ |
| 14 | Wilfredo Rojas-Suarez | **Humberto Guzman** |
| 23 | George M. Franco-Perez | **Manuel San Juan (excused)** |
| 24 | Nelson Rivera-Maldonado | **Laura Maldonado** |
| 29 | Angel R. Cruz-Vazquez | **Thomas Lincoln** |
| 31 | Miguel A. Martinez-Candelaria | **Francisco Rebollo** |
| 46 | Abimael Narvaez-Rosa | **Lydia Lizarribar** |
| 54 | Nelson Gonzalez-Gonzalez | **Victor Chico** |
| 87 | Juan E. Rivera-Serrano | **Anita Hill** |