3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS B and C
Attendance Sheet - Status Conference 12/7/2018

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 1 | Sadid Medina-Rivera | RICARDO IZURIETA |
| 2 | Jorge Molina-Larrion | MICHAEL CORONA |
| 3 | Yamil Vazquez-Rivera | DAVID ROMAN |
| 4 | Felipe Narvaez-Colon | RAFAEL CASTRO-LANG |
| 5 | Samuel Arce-Ayala | BENITO RODRIGUEZ-MASSO |
| 6 | William J. Diaz-Rodriguez | RAMON MUÑIZ |
| 7 | Carlos J. Nazario-Lopez | KEHYLIS VAZQUEZ |
| 8 | Luis G. Ayala-Garcia | JOSE AGUAYO |
| 9 | Joshua Mendez-Romero | JOSE L. NOVAS |
| 10 | Jose J. Romero-Bonilla | MIRIAM RAMOS-GRATEROLES |
| 11 | Jonathan Milan-Rodriguez | SONIA TORRES |
| 12 | Giovanni Ortiz-Soto | JULIO GIL-DE LAMADRID |

| | | |
|---|---|---|
| 13 | Richard A. Franco-Perez | **RICHARD DANSOH** |
| 14 | Wilfredo Rojas-Suarez | **HUMBERTO GUZMAN** |
| 15 | Roberto Ortiz-Toro | **JASON GONZALEZ** |
| 16 | Jaime L. Martinez-Vargas | **RUBEN CEREZO** |
| 17 | Joel J. Ayala-Velazquez | |
| 18 | Omar J. Nieves-Perez | **RAYMOND RIVERA-ESTEVES** |
| 19 | Jose R. Jimenez-Echevarria | **ALLAN RIVERA-FERNANDEZ** |
| 20 | Phillip Garcia-Osorio | **OVIDIO ZAYAS** |
| 21 | Julio Rojas-Suarez | **MELANIE CARRILLO** |
| 22 | Carlos M. Colon Cruz | **OLGA SHEPARD** |
| 23 | George M. Franco-Perez | **MANUEL SAN JUAN** |
| 24 | Nelson Rivera-Maldonado | **LAURA MALDONADO** |
| 25 | Angel L. Pagan-Torres | **GUILLERMO MACARI** |
| 26 | Ernesto Jimenez-Candelario | |

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 27 | David F. Nieves-Davila | **VICTOR RAMOS-RODRIGUEZ** |
| 28 | Hector E. Martinez-Garcia | **ALEX ROSA** |
| 29 | Angel R. Cruz-Vazquez | **THOMAS LINCOLN** |
| 30 | Edgar E. Aristud-Maysonet | **MIGUEL RODRIGUEZ-ROBLES** |
| 31 | Miguel A. Martinez-Candelario | **FRANCISCO REBOLLO** |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS D and E

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 32 | Juan P. Marrero-Diaz | **LUIS RIVERA-RODRIGUEZ** |
| 33 | Angel L. Morales-Hernandez | **JAVIER MORALES** |
| 34 | Erick Y. Soto-Perez | **JOSE SUAREZ-SANTA** |
| 35 | Jose A. Mendez-Ruiz | **LEONARDO ALDRIDGE** |
| 36 | Andres Medina-Maldonado | **ALFREDO UMPIERRE** |
| 37 | Joel Rosario-Martinez | **ALFREDO UMPIERRE** |

| | | |
|---|---|---|
| 38 | Eliezer Rivera-Reyes | **JUAN NIEVES-CASSAS** |
| 39 | Bryan M. Camacho-Baez | |
| 40 | Jose D. Nieves-Ramos | **KENDYS PIMENTEL** |
| 41 | Alexie Lopez-Robles | **VICTOR RAMOS** |
| 42 | Carlos Lopez-Orria | **JOSE OLMO** |
| 43 | Raul Viguera-Soto | **ERNESTO HERNANDEZ-MILAN** |
| 44 | Felix O. Ortiz-Rodriguez | **MARITZA TORRES** |
| 45 | Andres D. Reyment-Rodriguez | **JOSEPH BOUCHER** |
| 46 | Abimael Narvaez-Rosa | **LYDIA LIZARRIBAR** |
| 47 | Jose L. Cintron-Aponte | **MANUEL MORALES-SCHMIDT** |
| 48 | Janey Fontan-Otero | **JOSE ROMO-MATIENZO** |
| 50 | Frankie Ortiz-Soto | **CARLOS SANCHEZ** |
| 51 | Wilberto Guzman-Robles | **FRANCISCO ADAMS** |
| 52 | Juan G. Perez-Rivera | **JUAN MASINI** |
| 53 | Andres Baez-Ramos | |

| | | |
|---|---|---|
| 54 | Nelson Gonzalez-Gonzalez | **VICTOR CHICO** |
| 55 | William Reyes-Garrastegui | **WILFREDO DIAZ** |
| 56 | Rafael A. Ramos-Marin | **THOMAS TREBILCOCK** |
| 57 | Pedro Orraca-Matos | **RAYMOND SANCHEZ-MACEIRA** |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUP F

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 58 | Francisco Maysonet-Morales | **MARIO CARRILLO** |
| 59 | Angel O. Pagan-Torres | **JORGE RIVERA-ORTIZ** Substitute R.L. Guay |
| 60 | Jaime Henriquez-Santiago | **RAMON GARAY** |
| 61 | Luis Erazo-De Jesus | **LUIS GUZMAN-DUPONT** |
| 62 | Carlos J. Nieves-Perez | |
| 63 | Abnel H. Berrios-Natali | **GIOVANNI CANINO** Jason Gonzalez for: |
| 64 | Francisco Salas-Rios | **TIM BOWER** |
| 65 | Christian Guzman-Colon | **JORGE MALDONADO-RIOS** |
| 66 | Pedro Crespo-Beauchamp | **RAFAEL ANGLADA** |

| | | |
|---|---|---|
| 67 | Juan E. Freites-Torres | **JORGE GERENA** |
| 68 | Luis M. Pantoja-Cruz | **GUARIONEX LANDRAU** |
| 69 | Harold L. Abolafia-Borrero | **LILLIAN MIRANDA** |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS G and H
Attendance Sheet - Status Conference 10/12/2018

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 70 | Christopher J. Nieves-Perez | |
| 71 | Jean C. Torres-Soto | **DIANA LOPEZ-FELICIANO** *(signed)* |
| 72 | Daniel F. Velez-Ortiz | **EDGAR L. SANCHEZ-MERCADO** |
| 73 | Felix J. Alvarado-Ortega | **JUAN A. ALBINO-GONZALEZ** *(signed)* |
| 74 | Juan F. Velez-Cedeno | **FERNANDO OMAR ZAMBRANA-AVILES** |
| 75 | Jorge L. Negron-Cruz | **MARIANGELA TIRADO** *(signed)* |
| 76 | Jose L. Jimenez-Candelario | **MARICARMEN ALMODOVAR** *(signed)* |
| 77 | Luis A. Monzon-Ocasio | **HECTOR J. DAUHAJRE-RODRIGUEZ** *(signed)* |
| 78 | Jose M. Oyola | **IAN CARLOS GARCIA-FERRERAS** |

| # | Defendant | Attorney |
|---|---|---|
| 79 | Jose A. Robles-Santiago | **LUIS A. RODRIGUEZ-MUNOZ** |
| 80 | Emanuel Rivera-Alvarez | **JOSE B. VELEZ-GOVEO** |
| 81 | Jovanni Torres-Lopez | |
| 82 | Jaime J. Valentin-Rodriguez | |
| 83 | Hector X. Ortiz-Errazo | **JOHNNY RIVERA-GONZALEZ** |
| 84 | Angelita Bravo-Garcia | **ROBERT MILLAN** |
| 85 | Angel A. Jimenez-Candelario | |
| 86 | Luis A. Ortiz-Olivera | **SAUL ROMAN-SANTIAGO** |
| 87 | Juan E. Rivera-Serrano | **ANITA HILL** |
| 88 | Fernando Montanez-Garcia | **LUZ M. RIOS-ROSARIO** (Olga M. Shepard for Luz M. Rios Rosario) |
| 89 | Brandon J. Cruz-Verges | **WILFREDO RIOS-MENDEZ** |
| 90 | Rolando Cotto-Ortega | **MARTA T. REY-CACHO** |
| 91 | Hector Quintana-Figueroa | **EMILIO F. MORRIS-ROSA** |
| 92 | Juan C. Perez-Rivera | **DAVID J. COLON-ALMENAS** |
| 93 | Jose C. Mojica-Torres | **ROSA BONINI** |
| 94 | Hector Mendez | **ISRAEL O. ALICEA** |

| 95  | Jean C. Del Valle-Rosa      | **JULIO CESAR ALEJANDRO** |
|-----|-----------------------------|---------------------------|
| 96  | Jeremy A. Barreto-Berrios   | **DAVID RAMOS-PAGAN**     |
| 97  | Juan L. Reca-Santiago       | **JOSE ARCE-DIAZ**        |
| 98  | Gabriel Sedeno-Aponte       | **JORGE L. ARMENTEROS**   |
| 99  | Jose A. Ortiz-Olivera       | **EDUARDO FERRER**        |
| 100 | Felix J. Ortiz              | **JOSE G. PEREZ**         |
| 101 | Nasain Ortiz-Nieves         | **DIEGO H. ALCALA**       |
| 102 | Roberto C. Rosa-Perez       | **YASSMIN GONZALEZ**      |
| 103 | Pedro Alvino-Colon          | **IRMA R. VALLDEJULI**    |
| 104 | Carlos J. Santos-Velez      | **MARIE L. CORTES**       |