3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS B and C
Attendance Sheet - Status Conference 3/22/2019

| Dft. | Defendant | SIGNATURE | |
|---|---|---|---|
| 1 | Sadid Medina-Rivera | **RICARDO IZURIETA** | *[signed]* |
| 2 | Jorge Molina-Larrion | **MICHAEL CORONA** | by *[signed]* |
| 3 | Yamil Vazquez-Rivera | **DAVID ROMAN** | *[signed David W Roman]* |
| 4 | Felipe Narvaez-Colon | **RAFAEL CASTRO-LANG** | |
| 5 | Samuel Arce-Ayala | **BENITO RODRIGUEZ-MASSO** | *[signed]* |
| 6 | William J. Diaz-Rodriguez | **RAMON MUÑIZ** | por *[signed]* |
| 7 | Carlos J. Nazario-Lopez | **KEHYLIS VAZQUEZ** | *[signed]* |
| 8 | Luis G. Ayala-Garcia | **JOSE AGUAYO** | *[signed]* |
| 9 | Joshua Mendez-Romero | **JOSE L. NOVAS** | *[signed]* |
| 10 | Jose J. Romero-Bonilla | **MIRIAM RAMOS-GRATEROLES** | *[signed]* |
| 11 | Jonathan Milan-Rodriguez | **SONIA TORRES** | *[signed]* |
| 12 | Giovanni Ortiz-Soto | **JULIO GIL-DE LAMADRID** | *[signed]* |

| | | |
|---|---|---|
| 13 | Richard A. Franco-Perez | **RICHARD DANSOH** |
| 14 | Wilfredo Rojas-Suarez | **HUMBERTO GUZMAN** |
| 15 | Roberto Ortiz-Toro | **JASON GONZALEZ** |
| 16 | Jaime L. Martinez-Vargas | **RUBEN CEREZO** |
| 17 | Joel J. Ayala-Velazquez | |
| 18 | Omar J. Nieves-Perez | **RAYMOND RIVERA-ESTEVES** |
| 19 | Jose R. Jimenez-Echevarria | **ALLAN RIVERA-FERNANDEZ** |
| 20 | Phillip Garcia-Osorio | **OVIDIO ZAYAS** |
| 21 | Julio Rojas-Suarez | **MELANIE CARRILLO** |
| 22 | Carlos M. Colon Cruz | **OLGA SHEPARD** |
| 23 | George M. Franco-Perez | **MANUEL SAN JUAN** |
| 24 | Nelson Rivera-Maldonado | **LAURA MALDONADO** |
| 25 | Angel L. Pagan-Torres | **GUILLERMO MACARI** |
| 26 | Ernesto Jimenez-Candelario | |

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 27 | David F. Nieves-Davila | **VICTOR RAMOS-RODRIGUEZ** |
| 28 | Hector E. Martinez-Garcia | **ALEX ROSA** |
| 29 | Angel R. Cruz-Vazquez | **THOMAS LINCOLN** |
| 30 | Edgar E. Aristud-Maysonet | **MIGUEL RODRIGUEZ-ROBLES** |
| 31 | Miguel A. Martinez-Candelario | **FRANCISCO REBOLLO** |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS D and E

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 32 | Juan P. Marrero-Diaz | **LUIS RIVERA-RODRIGUEZ** |
| 33 | Angel L. Morales-Hernandez | **JAVIER MORALES** |
| 34 | Erick Y. Soto-Perez | **JOSE SUAREZ-SANTA** |
| 35 | Jose A. Mendez-Ruiz | **LEONARDO ALDRIDGE** |
| 36 | Andres Medina-Maldonado | **ALFREDO UMPIERRE** (Leo Aldridge Covering) |
| 37 | Joel Rosario-Martinez | **ALFREDO UMPIERRE** (Leo Aldridge Covering) |

| # | Defendant | Attorney | Signature |
|---|---|---|---|
| 38 | Eliezer Rivera-Reyes | JUAN NIEVES-CASSAS | [signed] |
| 39 | Bryan M. Camacho-Baez | | |
| 40 | Jose D. Nieves-Ramos | KENDYS PIMENTEL | |
| 41 | Alexie Lopez-Robles | VICTOR RAMOS | [signed] |
| 42 | Carlos Lopez-Orria | JOSE OLMO | |
| 43 | Raul Viguera-Soto | ERNESTO HERNANDEZ-MILAN | [signed] |
| 44 | Felix O. Ortiz-Rodriguez | MARITZA TORRES | [signed] |
| 45 | Andres D. Reyment-Rodriguez | JOSEPH BOUCHER | |
| 46 | Abimael Narvaez-Rosa | LYDIA LIZARRIBAR | substituted by Francisco Adams [signed] |
| 47 | Jose L. Cintron-Aponte | MANUEL MORALES-SCHMIDT | [signed] |
| 48 | Janey Fontan-Otero | JOSE ROMO-MATIENZO | substituted by Francisco Adams [signed] |
| 50 | Frankie Ortiz-Soto | CARLOS SANCHEZ | [signed] |
| 51 | Wilberto Guzman-Robles | FRANCISCO ADAMS | [signed] |
| 52 | Juan G. Perez-Rivera | JUAN MASINI | [signed] |
| 53 | Andres Baez-Ramos | | |

| 54 | Nelson Gonzalez-Gonzalez | **JESUS RIVERA-DELGADO** |
| 55 | William Reyes-Garrastegui | **WILFREDO DIAZ** |
| 56 | Rafael A. Ramos-Marin | **THOMAS TREBILCOCK** |
| 57 | Pedro Orraca-Matos | **RAYMOND SANCHEZ-MACEIRA** |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUP F

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 58 | Francisco Maysonet-Morales | **MARIO CARRILLO** |
| 59 | Angel O. Pagan-Torres | **JORGE RIVERA-ORTIZ** |
| 60 | Jaime Henriquez-Santiago | **RAMON GARAY** |
| 61 | Luis Erazo-De Jesus | **LUIS GUZMAN-DUPONT** |
| 62 | Carlos J. Nieves-Perez | **CARLOS CALDERON-GARNIER** |
| 63 | Abnel H. Berrios-Natali | **GIOVANNI CANINO** |
| 64 | Francisco Salas-Rios | **TIM BOWER** |
| 65 | Christian Guzman-Colon | **JORGE MALDONADO-RIOS** |

| | | | |
|---|---|---|---|
| 66 | Pedro Crespo-Beauchamp | **RAFAEL ANGLADA** | RAL |
| 67 | Juan E. Freites-Torres | **JORGE GERENA** | |
| 68 | Luis M. Pantoja-Cruz | **GUARIONEX LANDRAU** | |
| 69 | Harold L. Abolafia-Borrero | **LILLIAN MIRANDA** | |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS G and H
Attendance Sheet - Status Conference 10/12/2018

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 70 | Christopher J. Nieves-Perez | **JAVIER MICHEO** /s/ |
| 71 | Jean C. Torres-Soto | **DIANA LOPEZ-FELICIANO** /s/ |
| 72 | Daniel F. Velez-Ortiz | **EDGAR L. SANCHEZ-MERCADO** |
| 73 | Felix J. Alvarado-Ortega | **JUAN A. ALBINO-GONZALEZ** /s/ |
| 74 | Juan F. Velez-Cedeno | **FERNANDO OMAR ZAMBRANA-AVILES** |
| 75 | Jorge L. Negron-Cruz | **MARIANGELA TIRADO** /s/ |
| 76 | Jose L. Jimenez-Candelario | **MARICARMEN ALMODOVAR** /s/ |
| 77 | Luis A. Monzon-Ocasio | **HECTOR J. DAUHAJRE-RODRIGUEZ** /s/ |

| # | Name | Signatory | Signature |
|---|------|-----------|-----------|
| 78 | Jose M. Oyola | IAN CARLOS GARCIA-FERRERAS | *signed* |
| 79 | Jose A. Robles-Santiago | LUIS A. RODRIGUEZ-MUNOZ | *signed* |
| 80 | Emanuel Rivera-Alvarez | JOSE B. VELEZ-GOVEO | *signed* |
| 81 | Jovanni Torres-Lopez | | |
| 82 | Jaime J. Valentin-Rodriguez | | |
| 83 | Hector X. Ortiz-Errazo | JOHNNY RIVERA-GONZALEZ | *signed* |
| 84 | Angelita Bravo-Garcia | ROBERT MILLAN | *signed* |
| 85 | Angel A. Jimenez-Candelario | | |
| 86 | Luis A. Ortiz-Olivera | SAUL ROMAN-SANTIAGO | *signed* |
| 87 | Juan E. Rivera-Serrano | ANITA HILL | |
| 88 | Fernando Montanez-Garcia | LUZ M. RIOS-ROSARIO | *signed* |
| 89 | Brandon J. Cruz-Verges | WILFREDO RIOS-MENDEZ | *signed* |
| 90 | Rolando Cotto-Ortega | MARTA T. REY-CACHO | *signed* |
| 91 | Hector Quintana-Figueroa | EMILIO F. MORRIS-ROSA | *signed* |
| 92 | Juan C. Perez-Rivera | DAVID J. COLON-ALMENAS | *signed* |
| 93 | Jose C. Mojica-Torres | ROSA BONINI | *signed* |

| 94 | Hector Mendez | **ISRAEL O. ALICEA** |
|---|---|---|
| 95 | Jean C. Del Valle-Rosa | **JULIO CESAR ALEJANDRO** |
| 96 | Jeremy A. Barreto-Berrios | **DAVID RAMOS-PAGAN** |
| 97 | Juan L. Reca-Santiago | **JOSE ARCE-DIAZ** |
| 98 | Gabriel Sedeno-Aponte | **JORGE L. ARMENTEROS** |
| 99 | Jose A. Ortiz-Olivera | **EDUARDO FERRER** |
| 100 | Felix J. Ortiz | **JOSE G. PEREZ** |
| 101 | Nasain Ortiz-Nieves | **DIEGO H. ALCALA** |
| 102 | Roberto C. Rosa-Perez | **YASSMIN GONZALEZ** |
| 103 | Pedro Alvino-Colon | **IRMA R. VALLDEJULI** |
| 104 | Carlos J. Santos-Velez | **MARIE L. CORTES** |