# 3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
## GROUPS B and C
### Attendance Sheet - Status Conference 9/20/2019
### Group B Leader:  Jason Gonzalez
### Group C Leader:  Alex Rosa

| Dft. | Defendant | SIGNATURE | |
|---|---|---|---|
| 1 | Sadid Medina-Rivera | RICARDO IZURIETA | *signed* |
| 2 | Jorge Molina-Larrion | LINDA GEORGE | *signed* |
| 3 | Yamil Vazquez-Rivera | DAVID ROMAN | *signed* |
| 4 | Felipe Narvaez-Colon | RAFAEL CASTRO-LANG | |
| 5 | Samuel Arce-Ayala | BENITO RODRIGUEZ-MASSO | |
| 6 | William J. Diaz-Rodriguez | RAMON MUÑIZ | *signed* |
| 7 | Carlos J. Nazario-Lopez | KEHYLIS VAZQUEZ | *signed* |
| 8 | Luis G. Ayala-Garcia | JOSE AGUAYO | *signed* |
| 9 | Joshua Mendez-Romero | JOSE L. NOVAS | *signed* |
| 10 | Jose J. Romero-Bonilla | MIRIAM RAMOS-GRATEROLES | *signed* |
| 11 | Jonathan Milan-Rodriguez | SONIA TORRES | |

| | | |
|---|---|---|
| 12 | Giovanni Ortiz-Soto | **JULIO GIL-DE LAMADRID** |
| 13 | Richard A. Franco-Perez | **RICHARD DANSOH** |
| 14 | Wilfredo Rojas-Suarez | **HUMBERTO GUZMAN** |
| 15 | Roberto Ortiz-Toro | **JASON GONZALEZ** |
| 16 | Jaime L. Martinez-Vargas | **RUBEN CEREZO** |
| 17 | Joel J. Ayala-Velazquez | |
| 18 | Omar J. Nieves-Perez | **RAYMOND RIVERA-ESTEVES** |
| 19 | Jose R. Jimenez-Echevarria | **ALLAN RIVERA-FERNANDEZ** |
| 20 | Phillip Garcia-Osorio | **OVIDIO ZAYAS** |
| 21 | Julio Rojas-Suarez | **MELANIE CARRILLO** |
| 22 | Carlos M. Colon Cruz | **OLGA SHEPARD** |
| 23 | George M. Franco-Perez | **MANUEL SAN JUAN**<br>Sentence: 12/5/2019 |
| 24 | Nelson Rivera-Maldonado | **LAURA MALDONADO** |
| 25 | Angel L. Pagan-Torres | **GUILLERMO MACARI** |

| 26 | Ernesto Jimenez-Candelario | |
|---|---|---|
| 27 | David F. Nieves-Davila | **VICTOR RAMOS-RODRIGUEZ** *[signature]* |
| 28 | Hector E. Martinez-Garcia | **ALEX ROSA** *[signature]* |
| 29 | Angel R. Cruz-Vazquez | **THOMAS LINCOLN** |
| 30 | Edgar E. Aristud-Maysonet | **MIGUEL RODRIGUEZ-ROBLES** *[signature]* |
| 31 | Miguel A. Martinez-Candelario | **FRANCISCO REBOLLO** |

### 3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
### GROUPS D and E
### Group D Leader: Leonardo Aldridge
### Group E Leader: Joseph Boucher ✓

| Dft. | Defendant | SIGNATURE | |
|---|---|---|---|
| 32 | Juan P. Marrero-Diaz | **LUIS RIVERA-RODRIGUEZ** | *(signature)* substitute |
| 33 | Angel L. Morales-Hernandez | **JAVIER MORALES** | |
| 34 | Erick Y. Soto-Perez | **JOSE SUAREZ-SANTA** | *(signature)* |
| 35 | Jose A. Mendez-Ruiz | **LEONARDO ALDRIDGE** | Por Victor Ramos Rodriguez *(signature)* |
| 36 | Andres Medina-Maldonado | **ALFREDO UMPIERRE** | *(signature)* |
| 37 | Joel Rosario-Martinez | **ALFREDO UMPIERRE** | *(signature)* |
| 38 | Eliezer Rivera-Reyes | **JUAN NIEVES-CASSAS** | *(signature)* |
| 39 | Bryan M. Camacho-Baez | | |
| 40 | Jose D. Nieves-Ramos | **KENDYS PIMENTEL** | *(signature)* |
| 41 | Alexie Lopez-Robles | **VICTOR RAMOS** | *(signature)* |
| 42 | Carlos Lopez-Orria | **JOSE OLMO** | *(signature)* |
| 43 | Raul Viguera-Soto | **ERNESTO HERNANDEZ-MILAN** | |

| | | |
|---|---|---|
| 44 | Felix O. Ortiz-Rodriguez | **MARITZA TORRES** |
| ~~45~~ | ~~Andres D. Reyment-Rodriguez~~ | transferred DRD ~~JOSEPH BOUCHER~~ |
| 46 | Abimael Narvaez-Rosa | **LYDIA LIZARRIBAR** |
| 47 | Jose L. Cintron-Aponte | **MANUEL MORALES-SCHMIDT** |
| 48 | Janey Fontan-Otero | **JOSE ROMO-MATIENZO** |
| 50 | Frankie Ortiz-Soto | **CARLOS SANCHEZ** |
| ~~51~~ | ~~Wilberto Guzman-Robles~~ | transferred DRD ~~FRANCISCO ADAMS~~ |
| 52 | Juan G. Perez-Rivera | **JUAN MASINI** |
| 53 | Andres Baez-Ramos | |
| 54 | Nelson Gonzalez-Gonzalez | **JESUS RIVERA-DELGADO** |
| 55 | William Reyes-Garrastegui | **WILFREDO DIAZ** Por: Victor Ramos Rivera |
| 56 | Rafael A. Ramos-Marin | **THOMAS TREBILCOCK** |
| 57 | Pedro Orraca-Matos | **RAYMOND SANCHEZ-MACEIRA** |

## 3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
## GROUP F
### Group F Leader:  Jorge Rivera-Ortiz

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 58 | Francisco Maysonet-Morales | MARIO CARRILLO |
| 59 | Angel O. Pagan-Torres | JORGE RIVERA-ORTIZ |
| 60 | Jaime Henriquez-Santiago | RAMON GARAY |
| 61 | Luis Erazo-De Jesus | LUIS GUZMAN-DUPONT |
| 62 | Carlos J. Nieves-Perez | CARLOS CALDERON-GARNIER |
| 63 | Abnel H. Berrios-Natali | GIOVANNI CANINO |
| 64 | Francisco Salas-Rios | TIM BOWER |
| 65 | Christian Guzman-Colon | JORGE MALDONADO-RIOS |
| 66 | Pedro Crespo-Beauchamp | RAFAEL ANGLADA |
| 67 | Juan E. Freites-Torres | JORGE GERENA |
| 68 | Luis M. Pantoja-Cruz | GUARIONEX LANDRAU |
| 69 | Harold L. Abolafia-Borrero | LILLIAN MIRANDA |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS G and H
Attendance Sheet - Status Conference 10/12/2018
Group G Leader – Jose Velez-Goveo
Group H Leader – Diego Alcalá

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 70 | Christopher J. Nieves-Perez | JAVIER MICHEO |
| 71 | Jean C. Torres-Soto | DIANA LOPEZ-FELICIANO – SENTENCE 8/21/2019 |
| 72 | Daniel F. Velez-Ortiz | EDGAR L. SANCHEZ-MERCADO |
| 73 | Felix J. Alvarado-Ortega | GABRIELA CINTRON-COLON |
| 74 | Juan F. Velez-Cedeno | FERNANDO OMAR ZAMBRANA-AVILES |
| 75 | Jorge L. Negron-Cruz | MARIANGELA TIRADO |
| 76 | Jose L. Jimenez-Candelario | MARICARMEN ALMODOVAR |
| 77 | Luis A. Monzon-Ocasio | HECTOR J. DAUHAJRE-RODRIGUEZ |
| 78 | Jose M. Oyola | IAN CARLOS GARCIA-FERRERAS |
| 79 | Jose A. Robles-Santiago | LUIS A. RODRIGUEZ-MUNOZ |
| 80 | Emanuel Rivera-Alvarez | JOSE B. VELEZ-GOVEO |

| 81 | Jovanni Torres-Lopez | JENNIE ESPADA |
| --- | --- | --- |
| 82 | Jaime J. Valentin-Rodriguez | JEDRICK BURGOS / MANUEL E. MORAZA ORTIZ |
| 83 | Hector X. Ortiz-Errazo | JOHNNY RIVERA-GONZALEZ |
| 84 | Angelita Bravo-Garcia | ROBERT MILLAN – SENTENCE 10/3/2019 |
| 85 | Angel A. Jimenez-Candelario | |
| 86 | Luis A. Ortiz-Olivera | SAUL ROMAN-SANTIAGO |
| 87 | Juan E. Rivera-Serrano | ANITA HILL |
| 88 | Fernando Montanez-Garcia | LUZ M. RIOS-ROSARIO |
| 89 | Brandon J. Cruz-Verges | WILFREDO RIOS-MENDEZ |
| 90 | Rolando Cotto-Ortega | MARTA T. REY-CACHO |
| 91 | Hector Quintana-Figueroa | EMILIO F. MORRIS-ROSA |
| 92 | Juan C. Perez-Rivera | DAVID J. COLON-ALMENAS |
| 93 | Jose C. Mojica-Torres | ROSA BONINI – SENTENCE 11/20/2019 |
| 94 | Hector Mendez | ISRAEL O. ALICEA – SENTENCE 9/26/2019 |

| # | Defendant | Attorney |
|---|---|---|
| 95 | Jean C. Del Valle-Rosa | **JULIO CESAR ALEJANDRO** |
| 96 | Jeremy A. Barreto-Berrios | **DAVID RAMOS-PAGAN** |
| 97 | Juan L. Reca-Santiago | **JOSE ARCE-DIAZ** |
| 98 | Gabriel Sedeno-Aponte | **JORGE L. ARMENTEROS** |
| 99 | Jose A. Ortiz-Olivera | **EDUARDO FERRER** |
| 100 | Felix J. Ortiz | **JOSE G. PEREZ** |
| 101 | Nasain Ortiz-Nieves | **DIEGO H. ALCALA** |
| 102 | Roberto C. Rosa-Perez | **YASSMIN GONZALEZ** |
| 103 | Pedro Alvino-Colon | **IRMA R. VALLDEJULI** |
| 104 | Carlos J. Santos-Velez | **MARIE L. CORTES    -   SENTENCE 9/26/2019** |