3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS B and C
Attendance Sheet - Status Conference 11/22/2019
Group B Leader:  Jason Gonzalez
Group C Leader:  Alex Rosa

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 1 | Sadid Medina-Rivera | RICARDO IZURIETA *(signed)* |
| 2 | Jorge Molina-Larrion | LINDA GEORGE *(signed)* |
| 3 | Yamil Vazquez-Rivera | DAVID ROMAN *by: (signed)* |
| 4 | Felipe Narvaez-Colon | RAFAEL CASTRO-LANG *(signed)* |
| 5 | Samuel Arce-Ayala | BENITO RODRIGUEZ-MASSO |
| 6 | William J. Diaz-Rodriguez | RAMON MUÑIZ *(signed)* |
| 7 | Carlos J. Nazario-Lopez | KEHYLIS VAZQUEZ *(signed)* |
| 8 | Luis G. Ayala-Garcia | JOSE AGUAYO<br>COP: 12/3/2019 |
| 9 | Joshua Mendez-Romero | JOSE L. NOVAS *(signed)* |
| 10 | Jose J. Romero-Bonilla | MIRIAM RAMOS-GRATEROLES |
| 11 | Jonathan Milan-Rodriguez | SONIA TORRES |

| | | |
|---|---|---|
| 12 | Giovanni Ortiz-Soto | **JULIO GIL-DE LAMADRID** |
| 13 | Richard A. Franco-Perez | **RICHARD DANSOH** |
| 14 | Wilfredo Rojas-Suarez | **HUMBERTO GUZMAN** |
| 15 | Roberto Ortiz-Toro | **JASON GONZALEZ** |
| 16 | Jaime L. Martinez-Vargas | **RUBEN CEREZO** |
| 17 | Joel J. Ayala-Velazquez | |
| 18 | Omar J. Nieves-Perez | **RAYMOND RIVERA-ESTEVES** |
| 19 | Jose R. Jimenez-Echevarria | **ALLAN RIVERA-FERNANDEZ** |
| 20 | Phillip Garcia-Osorio | **OVIDIO ZAYAS** |
| 21 | Julio Rojas-Suarez | **MELANIE CARRILLO** |
| 22 | Carlos M. Colon Cruz | **OLGA SHEPARD** |
| 23 | George M. Franco-Perez | **MANUEL SAN JUAN**<br>Sentence: 12/5/2019 |
| 24 | Nelson Rivera-Maldonado | **LAURA MALDONADO** |
| 25 | Angel L. Pagan-Torres | **GUILLERMO MACARI** |

| | | |
|---|---|---|
| 26 | Ernesto Jimenez-Candelario | Andrés González Berdecía |
| 27 | David F. Nieves-Davila | **VICTOR RAMOS-RODRIGUEZ** |
| 28 | Hector E. Martinez-Garcia | **ALEX ROSA** |
| 29 | Angel R. Cruz-Vazquez | **THOMAS LINCOLN** |
| 30 | Edgar E. Aristud-Maysonet | **MIGUEL RODRIGUEZ-ROBLES** |
| 31 | Miguel A. Martinez-Candelario | **FRANCISCO REBOLLO** |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS D and E
Group D Leader: Leonardo Aldridge
Group E Leader:  Raymond Sanchez-Maceira

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 32 | Juan P. Marrero-Diaz | LUIS RIVERA-RODRIGUEZ |
| 33 | Angel L. Morales-Hernandez | JAVIER MORALES |
| 34 | Erick Y. Soto-Perez | JOSE SUAREZ-SANTA |
| 35 | Jose A. Mendez-Ruiz | LEONARDO ALDRIDGE |
| 36 | Andres Medina-Maldonado | ALFREDO UMPIERRE |
| 37 | Joel Rosario-Martinez | ALFREDO UMPIERRE |
| 38 | Eliezer Rivera-Reyes | JUAN NIEVES-CASSAS |
| 39 | Bryan M. Camacho-Baez | |
| 40 | Jose D. Nieves-Ramos | KENDYS PIMENTEL |
| 41 | Alexie Lopez-Robles | VICTOR RAMOS |
| 42 | Carlos Lopez-Orria | JOSE OLMO |
| 43 | Raul Viguera-Soto | ERNESTO HERNANDEZ-MILAN |

| # | Defendant | Attorney |
|---|---|---|
| 44 | Felix O. Ortiz-Rodriguez | **MARITZA TORRES** |
| 45 | Andres D. Reyment-Rodriguez | **JOSEPH BOUCHER** <br> **TRANSFERRED TO DRD** |
| 46 | Abimael Narvaez-Rosa | **LYDIA LIZARRIBAR** |
| 47 | Jose L. Cintron-Aponte | **MANUEL MORALES-SCHMIDT** |
| 48 | Janey Fontan-Otero | **JOSE ROMO-MATIENZO** |
| 50 | Frankie Ortiz-Soto | **CARLOS SANCHEZ** |
| 51 | Wilberto Guzman-Robles | **FRANCISCO ADAMS** <br> **TRANSFERRED TO DRD – SENTENCE 3/12/2020** |
| 52 | Juan G. Perez-Rivera | **JUAN MASINI** |
| 53 | Andres Baez-Ramos | |
| 54 | Nelson Gonzalez-Gonzalez | **JESUS RIVERA-DELGADO** |
| 55 | William Reyes-Garrastegui | **WILFREDO DIAZ** |
| 56 | Rafael A. Ramos-Marin | **THOMAS TREBILCOCK** |
| 57 | Pedro Orraca-Matos | **RAYMOND SANCHEZ-MACEIRA** |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUP F
Group F Leader: Jorge Rivera-Ortiz

| Dft. | Defendant | SIGNATURE | |
|------|-----------|-----------|---|
| 58 | Francisco Maysonet-Morales | MARIO CARRILLO | *signed* |
| 59 | Angel O. Pagan-Torres | JORGE RIVERA-ORTIZ | *signed* |
| 60 | Jaime Henriquez-Santiago | RAMON GARAY | *signed* |
| 61 | Luis Erazo-De Jesus | LUIS GUZMAN-DUPONT | *signed* |
| 62 | Carlos J. Nieves-Perez | CARLOS CALDERON-GARNIER | *signed* |
| 63 | Abnel H. Berrios-Natali | GIOVANNI CANINO | *signed* |
| 64 | Francisco Salas-Rios | TIM BOWER | *signed* |
| 65 | Christian Guzman-Colon | JORGE MALDONADO-RIOS | |
| 66 | Pedro Crespo-Beauchamp | RAFAEL ANGLADA | *signed* |
| 67 | Juan E. Freites-Torres | JORGE GERENA | *signed* |
| 68 | Luis M. Pantoja-Cruz | GUARIONEX LANDRAU | *signed* |
| 69 | Harold L. Abolafia-Borrero | LILLIAN MIRANDA | |

3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
GROUPS G and H
Attendance Sheet - Status Conference 10/12/2018
Group G Leader – Jose Velez-Goveo
Group H Leader – Diego Alcalá

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 70 | Christopher J. Nieves-Perez | JAVIER MICHEO<br>SENTENCE – 2/19/2020 |
| 71 | Jean C. Torres-Soto | DIANA LOPEZ-FELICIANO<br>SENTENCED |
| 72 | Daniel F. Velez-Ortiz | EDGAR L. SANCHEZ-MERCADO<br>COP 11/26/2019 |
| 73 | Felix J. Alvarado-Ortega | GABRIELA CINTRON-COLON<br>COP – PENDING DATE (MIA) |
| 74 | Juan F. Velez-Cedeno | FERNANDO OMAR ZAMBRANA-AVILES<br>COP – 11/26/2019 |
| 75 | Jorge L. Negron-Cruz | MARIANGELA TIRADO |
| 76 | Jose L. Jimenez-Candelario | MARICARMEN ALMODOVAR |
| 77 | Luis A. Monzon-Ocasio | HECTOR J. DAUHAJRE-RODRIGUEZ<br>COP 12/13/2019 |
| 78 | Jose M. Oyola | IAN CARLOS GARCIA-FERRERAS |
| 79 | Jose A. Robles-Santiago | LUIS A. RODRIGUEZ-MUNOZ |
| 80 | Emanuel Rivera-Alvarez | JOSE B. VELEZ-GOVEO |
| 81 | Jovanni Torres-Lopez | JENNIE ESPADA |

| # | Defendant | Attorney |
|---|---|---|
| 82 | Jaime J. Valentin-Rodriguez | **MANUEL MORAZA** |
| 83 | Hector X. Ortiz-Errazo | **JOHNNY RIVERA-GONZALEZ** |
| 84 | Angelita Bravo-Garcia | **ROBERT MILLAN SENTENCED** |
| 85 | Angel A. Jimenez-Candelario | |
| 86 | Luis A. Ortiz-Olivera | **SAUL ROMAN-SANTIAGO SENTENCE 2/5/2020** |
| 87 | Juan E. Rivera-Serrano | **ANITA HILL** |
| 88 | Fernando Montanez-Garcia | **LUZ M. RIOS-ROSARIO COP 11/22/2019** |
| 89 | Brandon J. Cruz-Verges | **WILFREDO RIOS-MENDEZ** |
| 90 | Rolando Cotto-Ortega | **MARTA T. REY-CACHO** |
| 91 | Hector Quintana-Figueroa | **EMILIO F. MORRIS-ROSA SENTENCE 1/5/2020** |
| 92 | Juan C. Perez-Rivera | **DAVID J. COLON-ALMENAS COP 11/22/2019** |
| 93 | Jose C. Mojica-Torres | **ROSA BONINI SENTENCED** |
| 94 | Hector Mendez | **ISRAEL O. ALICEA SENTENCED** |
| 95 | Jean C. Del Valle-Rosa | **JULIO CESAR ALEJANDRO** |
| 96 | Jeremy A. Barreto-Berrios | **DAVID RAMOS-PAGAN SENTENCE – 2/19/2020** |
| 97 | Juan L. Reca-Santiago | **JOSE ARCE-DIAZ SENTENCE – 2/19/2020** |
| 98 | Gabriel Sedeno-Aponte | **JORGE L. ARMENTEROS** |

| 99 | Jose A. Ortiz-Olivera | **EDUARDO FERRER** **SENTENCE 1/14/2020** |
|---|---|---|
| 100 | Felix J. Ortiz | **JOSE G. PEREZ** **SENTENCE – 2/19/2020** |
| 101 | Nasain Ortiz-Nieves | **DIEGO H. ALCALA** **SENTENCE -** |
| 102 | Roberto C. Rosa-Perez | **YASSMIN GONZALEZ** **COP 12/13/2019** |
| 103 | Pedro Alvino-Colon | **IRMA R. VALLDEJULI** **COP 12/13/2019** |
| 104 | Carlos J. Santos-Velez | **MARIE L. CORTES** **SENTENCED** |